## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **JANE DOE,** *Plaintiff* § § § | |
| **v.** § § | No. 1:23-CV-01525-DII |
| **SPILLMAN RANCH HOMES LP, REGISTERED AGENT CT CORPORATION SYSTEMS; AND NRP GROUP,** *Defendants* § § § § § § | |

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

TO:   THE HONORABLE UNITED STATES DISTRICT JUDGE

By this Court's order dated February 27, 2024, Dkt. 5, Plaintiff Jane Doe was to have submitted the addresses of Defendants so that the Court could issue a summons. The Court admonished Doe that failure to provide the addresses by March 31, 2024, would result in dismissal of this action. Dkt. 5, at 2. To date, Doe has not provided Defendant NRP Group's address, necessarily frustrating the Court's effectuation of service. Accordingly, the undersigned recommends that NRP Group be dismissed from Doe's cause of action.

### I.   RECOMMENDATION

In accordance with the foregoing discussion, the undersigned **RECOMMENDS** that the District Court **DISMISS WITHOUT PREJUDICE** Defendant NRP Group.

1

## II.    WARNINGS

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen days after the party is served with a copy of the Report shall bar that party from *de novo* review by the District Court of the proposed findings and recommendations in the Report and, except upon grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

SIGNED April 29, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE