UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | No.  1:23–CV–01525–DAE |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| SPILLMAN RANCH HOMES, LP | § | |
| AND THE NRP GROUP, | § | |
|     Defendants. | § | |
| | § | |

_____

## ORDER REQUIRING LEAVE TO FILE

Before the Court is Defendants' request, filed on April 4, 2025, that Plaintiff be required to seek leave before filing further motions. (Dkt. # 71 at 3.) Plaintiff filed her response to Defendants' filing on April 6, 2025.  (Dkt. # 72.)  The Court has considered the record, including Plaintiff's repeated and duplicative filings, many of which reassert arguments currently pending before the Court, including a fully briefed motion for summary judgment.

This Court maintains a demanding docket and must ensure the orderly and efficient resolution of cases.  While the Court is mindful that Plaintiff is proceeding *pro se*, she is nonetheless required to comply with the Federal Rules of Civil Procedure and the Local Rules of this District.  See Dersh v. Derozier, 851 F.2d 1509, 1512 (5th Cir.1988) ("The right of self-representation does not exempt a

1

party from compliance with relevant rules of procedural and substantive law.").

The Court further reminds Plaintiff that Federal Rule of Civil Procedure 11 requires that all filings be grounded in fact, warranted by existing law or a nonfrivolous argument for its extension, and not filed for any improper purpose. Repeated violations of Rule 11 or the Local Rules of the Western District of Texas may result in sanctions, including but not limited to monetary penalties, striking of filings, or additional restrictions on future filings. Further, the Court advises Plaintiff that any further motions will be referred to the Magistrate Judge for initial adjudication.

Accordingly, **IT IS ORDERED** that Plaintiff must file a motion for leave and obtain permission from the Court prior to filing any additional motions in this case.

**IT IS FURTHER ORDERED** that Defendants are not required to respond to any further filings by Plaintiff unless and until the Court grants such leave.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, April 8, 2025.

David Alan Ezra
Senior United States District Judge