# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 25-50305    Doe v. Spillman Ranch Homes
                       USDC No. 1:23-CV-1525

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc w/encl:
    Ms. Jane Justice Doe
    Ms. Joanna Lippman Salinas

United States Court of Appeals, Fifth Circuit.

**Notice:** No record of this certificate will be maintained in the court's permanent files.

Case 1:23-50305 Document 12-2 Page: 2 Date Filed: 04/30/2025

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 30, 2025
Lyle W. Cayce
Clerk

No. 25-50305

JANE DOE,

*Plaintiff—Appellant*,

*versus*

SPILLMAN RANCH HOMES, L.P., *Registered Agent* CT CORPORATION SYSTEMS; NRP GROUP,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1525

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 30, 2025, pursuant to Appellant's unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Apr 30, 2025**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**