IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | NO. 1:23-CV-1525-DAE |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| SPILLMAN RANCH HOMES, LP and | § | |
| NRP GROUP, LLC, | § | |
| | § | |
|     *Defendants*. | § | |
| _____ | § | |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO SET ASIDE FINAL JUDGMENT

Before the Court is Plaintiff Jane Doe's Motion for Leave to File Motion to Set Aside Final Judgment Under Rule 60(d)(3) and Request for Evidentiary Hearing (the "Motion"). (Dkt. # 82.) On April 8, 2025, the Court ordered Plaintiff to file a motion for leave and obtain permission from the Court prior to filing any additional motions in this case. (Dkt. # 73.) On July 6, 2025, Plaintiff filed the instant Motion. (Dkt. # 82.) Having considered the Motion and any related briefing, the Court hereby **GRANTS** Plaintiff leave to file her Motion (Dkt. # 82). Plaintiff's Motion is hereby deemed **FILED**.

Further, the Court hereby **ORDERS** Defendants Spillman Ranch Homes LP and NRP Group, LLC to respond to Plaintiff's Motion (Dkt. # 82) on or before October 14, 2025.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 30, 2025.

_____
David Alan Ezra
Senior United States District Judge