IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | NO. 1:23-CV-1525-DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| SPILLMAN RANCH HOMES, LP and | § | |
| NRP GROUP, LLC, | § | |
| | § | |
| *Defendants*. | § | |
| _____ | § | |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY

Before the Court is Plaintiff Jane Doe's Notice of Untimely Response to Rule 60(d)(3) Motion ("Notice"). (Dkt. # 94.) Construing Plaintiff's Notice as a Motion for Leave to File a Reply in support of her Motion to Set Aside Final Judgment Under Rule 60(d)(3) and Request for Evidentiary Hearing ("Motion to Set Aside Final Judgment") (Dkt. # 82), the Court hereby **GRANTS** Plaintiff's Motion for Leave to File a Reply (Dkt. # 94).

Plaintiff is therefore permitted to file a reply in support of her Motion to Set Aside Final Judgment (Dkt. # 82). Plaintiff must do so on or before **October 23, 2025**. The Court notes, however, that her Reply must be limited to those arguments raised in her Motion to Set Aside Judgment (Dkt. # 82) and in

Defendants' Response (Dkt. # 93).  The Court will not consider arguments related to motions for which the Court has not yet granted Plaintiff leave to file.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, October 16, 2025.

_____

David Alan Ezra
Senior United States District Judge