# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 11, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 25-50555   Adorare v. Spillman
                      USDC No. 1:23-CV-1525

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Eyonka M. Falls, Deputy Clerk
                    504-310-7670

cc w/encl:
    Ms. Mischa Adorare
    Ms. Joanna Lippman Salinas

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-50555
_____

United States Court of Appeals
Fifth Circuit
**FILED**
December 11, 2025
Lyle W. Cayce
Clerk

Mischa Adorare,

            *Plaintiff—Appellant*,

versus

Spillman Ranch Homes, L.P., *Registered Agent* CT *Corporation* Systems; NRP Group,

            *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1525

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of December 11, 2025, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with the court reporter..

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                        Eyonka M. Falls, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2